**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

Appellate case name:  Daniel S. Duncan & Travis A. Bryan v. Educap, Inc.

Appellate case number:  01-19-00023-CV

Trial court case number:  1091932

Trial court:  County Civil Court at Law No. 4 of Harris County

Date motion filed:  September 28, 2020

Party filing motion:  Appellants


It is ordered that the motion for rehearing is **denied**.


Judge's signature: ___/s/ Julie Countiss_____
                      Acting for the Court

Panel consists of:  Justices Keyes, Goodman, and Countiss.

Date:  December 31, 2020